# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
:
PAT ANGELO, et al.,                             :
:
Plaintiffs,                   :
:                   Civil Action No. 09-45 (JAG)
v.                        :
:                          **ORDER**
NFI CO., INC.,                               :                          **CLOSED**
:
Defendant.                    :
_____:

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion seeking entry of default judgment

(Docket Entry No. 7) by all plaintiffs.[1]  Plaintiffs seek entry of default judgment against

_____

[1]  Plaintiffs are: Pat Angelo, Joseph DeVita, Robert Gariepy, John F. Capo, Stephen
Doherty, William DeRenzis, and Jeffrey Duffy, as Trustees of the BAC Local 4 Pension and
Annuity Funds ( the "Local 4 Pension and Annuity Funds"); Michael Peterson, Rudolph
Ricciardi, Robert Epifano, Joseph Speranza, Jr., Michael Schmerbeck, Jack Kocsis, Kenneth
Simone, John F. Capo, Jeffrey Duffy, Donald Engelhardt, Kevin Duncan, and Richard Tolson, as
Trustees of the New Jersey BAC Health Fund (the "N.J. BAC Health Fund"); James R. Prisco,
Jr., Rudolph Ricciardi, Joseph Speranza, Jr., John F. Capo, Jeffrey Duffy, Donald Engelhardt,
and Leon Jones, Jr., as Trustees of the New Jersey BM&P Apprentice and Education Fund (the
"Apprentice Fund") (collectively  "Local 4 Benefit Funds"); John Flynn, James Boland, Gerald
O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Robert Hoover,
Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero, Benjamin Capp,
and William McConnell as Trustees of, and on behalf of, the Bricklayers & Trowel Trades
International Pension Fund (the "IPF"); Jim Allen, Matthew Aquiline, Lon Best, James Boland,
Ted Champ, Raymond Chapman, Vincent Delazzero, Bruce Dexter, John Flynn, Eugene George,
Gregory Hess, Fred Kinateder, Dan Kwiatkowski, Ken Lambert, Santo Lanzafame, Dick Lauber,
William McConnell, Edward Navarro, Gerald O'Malley, John Phillips, Charles Raso, Mark
Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Paul Songer, Joseph Speranza, and
Fred Vautour as Trustees of, and on behalf of, the International Masonry Institute (the "IMI");
and John F. Capo, as Secretary Treasurer of the NJ BAC Administrative District Council (the
"Union") (collectively, "Plaintiffs").

defendant, NFI Co. Inc. ("Defendant"), pursuant to FED. R. CIV. P. 55(b).  For the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 1st day of December, 2009,

ORDERED that Plaintiffs' motion for entry of default judgment (Docket Entry No. 7) is GRANTED; and it is further

ORDERED that default judgment be entered in favor of Plaintiffs and against Defendant; and it is further

ORDERED that damages are awarded to Plaintiffs, from Defendant, in the amount of $3,315.10 comprised of the following:

(a)  $2,056.18 in attorney's fees; and

(b)  $470.20 in court costs; and

To Local 4 Benefit Funds:

(a)  $88.60 in unpaid interest; and

(b)  $604.48 in liquidated damages; and

To IPF and IMI:

(a)  $17.24 in unpaid interest; and

(b)  $78.40 in liquidated damages; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this order.


 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.

2